PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

SEP 2 9 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-190 TLN |
| Plaintiff, | 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| JEFFREY MILES HAYES, | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges: T H A T

JEFFREY MILES HAYES,

defendant herein, between on or about March 7, 2016, and continuing through on or about August 1, 2016, in the County of Sacramento, State and Eastern District of California, did knowingly receive one or more visual depictions, including, but not limited to "40a2d808-629a-4286-9135-e1ac8dfafd03.jpg," "44a84ae2-d9de-4e8e-b26e-34d2ee502bee.jpg," "a30337d5-57fe-45da-988b-718bf7e95a5c.jpg," and "fe579d2f-e03a-4507-be4d-909ab89d28c8.jpg," using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer; where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct as

defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

PRIOR CONVICTION ALLEGATION:

The Grand Jury further alleges that at the time JEFFREY MILES HAYES committed the offense charged in this Indictment, he had been convicted in 2009 in the Superior Court of the State of California for Sacramento County for sending or bringing into state for sale or distribution; possessing, preparing, publishing, producing, developing, duplicating, or printing within the state; matter depicting sexual conduct by a minor, a violation of California Penal Code Section 311.1(A), such prior conviction relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

FORFEITURE ALLEGATION:     [18 U.S.C. 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant JEFFREY MILES HAYES shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any property, real or personal, used or intended to be used to commit and promote the commission of the violations, including, but not limited to the following:

    a.    One Apple iPad, serial number DMVGX7VWDFHW; and

    b.    One Toshiba laptop satellite P25-s520, serial number 44323122k.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

PHILLIP A. TALBERT
United States Attorney

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

INDICTMENT                                3

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JEFFREY MILES HAYES

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _____ 29 _____ *day*

*of* __SEPTEMBER__, A.D. 20 16

_____
*Clerk.*

*Bail, $* _____ **NO BAIL WARRANT**

_____

GPO 863 525

## United States v. Jeffrey Miles Hayes

**COUNT 1:**       **JEFFREY MILES HAYES**

VIOLATION:       18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography with a Prior Conviction

PENALTIES:       Mandatory minimum of 15 years in prison and a maximum of up to 40 prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **Jeffrey Miles Hayes**

VIOLATION:       21 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:       As stated in the charging document