PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HAYES,<br><br>Defendant. | CASE NO. 2:16-CR-190 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 13, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 13, 2016.

2. By this stipulation, defendant now moves to continue the status conference until October 27, 2016, at 9:30 a.m., and to exclude time between October 13, 2016, and October 27, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government received the defendant's request for Rule 16 discovery on October 11, 2016. On this same date, the defendant agreed to the government's proposed protective order to protect third party information contained within the discovery. The

government is prepared to produce discovery, as soon as the protective order is signed by the Court.

      b)      The discovery consists of several hundred pages of records, reports and photographs, as well as an audio recording of the defendant's statement to law enforcement. In addition, two electronic devices, both of which contain material restricted by 18 U.S.C. § 3509(m), are available for inspection.

      c)      Counsel for defendant requires time to review the discovery and consult with his client to discuss potential resolutions.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2016 to October 27, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ SHELLEY D. WEGER
                                  SHELLEY D. WEGER
                                  Assistant United States Attorney


Dated:  October 11, 2016          /s/ Michael Ross by Shelley Weger
                                  MICHAEL ROSS
                                  Counsel for Defendant
                                  JEFFREY HAYES


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of October, 2016.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3