PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-cr-190-TLN |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE PARTIES REGARDING DISCOVERY |
| JEFFREY MILES HAYES | |
| Defendant. | |

STIPULATION

WHEREAS, the discovery in this case contains personal information of third parties who have been victims of child sex abuse, including but not limited to names, dates of birth, and details of the sexual abuse; and

WHEREAS, the discovery contains the usernames to a large number of accounts that are or were making child pornography available via messaging applications and disclosure of such usernames may permit others to locate or gain access to child pornography; and

WHEREAS, the parties want to avoid the unauthorized disclosure of personal information and adequately protect the privacy rights of all victims of child sex abuse, prevent the dissemination of information that may provide others with access to child pornography, and avoid the necessity of large scale redactions, Plaintiff United States of America, by and through its counsel of record, and

defendant JEFFREY MILES HAYES, by and through his counsel of record, hereby stipulate as follows:

1.      This Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d), and its general supervisory authority.

2.      This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel (hereafter, collectively known as "discovery").

3.      Defense counsel shall not disclose any of the discovery or its contents directly or indirectly to any person other than their respective defendant/client, witnesses that they are interviewing or preparing for trial, counsel for those witnesses, or anyone employed by defense counsel (such as attorneys, paralegals, secretaries, experts, investigators, and law clerks) in connection with the representation of the defendant in this criminal case.

4.      Defendant may view the discovery in the presence of defense counsel, but may not retain a copy or otherwise disseminate the contents.

5.      The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense counsel will return the discovery at the conclusion of the case and defense counsel's document retention obligations.

6.      In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to return all discovery provided under this order to government counsel, in order that the government may arrange for substituted counsel to sign the order and the reissuance of the discovery to new counsel.

7.      Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

8.      If defense counsel makes, or causes to be made, any further copies of any of the discovery, defense counsel will ensure that the following notation is inscribed on each copy or incorporated onto electronic files (efiles): "CONFIDENTIAL – May Not Be Disseminated Except in Accordance With Court Protective Order."  Efiles shall be encrypted.

9. If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant or any witness to copy or otherwise retain the contents of the discovery.

10. Defense counsel shall advise government counsel of any subpoenas, document requests or claims for access to the discovery by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate.

11. Defense counsel shall be responsible for advising his defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order. Defense counsel shall not provide or make available to any person described in paragraph three the discovery until that individual agrees in writing to be bound by the contents of this Stipulation/Order. Defense counsel shall maintain a copy of the written agreement as well as a list of any and all persons to whom the discovery is disclosed.

12. If it becomes necessary to refer to a victim or child witness during any public court proceeding or in a public court filing, the parties shall use agreed upon pseudonyms of "victim 1" or "witness 1" *et sequential*.

////
////
////
////
////
////
////
////

13.    Nothing in this stipulation and order shall preclude a party from seeking a more restrictive protective order or other court order with regard to particular discovery items.

IT IS SO STIPULATED.


DATED:  October 11, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney


                                     By: /s/ Shelley D. Weger
                                            SHELLEY D. WEGER
                                            Assistant United States Attorney


DATED:  October 11, 2016


                                            /s/ Michael Ross
                                            MICHAEL ROSS
                                            Counsel for Defendant JEFFREY HAYES



                                **O R D E R**


        IT IS SO FOUND AND ORDERED

Dated:  October 12, 2016

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE