PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>JEFFREY HAYES,<br><br>                Defendant. | CASE NO.  2:16-CR-00190 TLN<br><br>STIPULATION AND FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: February 9, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1.      By previous order, this matter was set for status on February 9, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until March 16, 2017, at 9:30 a.m., and to exclude time between February 9, 2017, and March 16, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The discovery in this case consists of several hundred pages of records, reports and photographs, as well as, an audio recording of the defendant's statement to law enforcement. In addition, there are two electronic devices, both of which contain material restricted by 18 U.S.C. § 3509(m).  All of this discovery has been either produced directly to counsel and/or made available for inspection.

      b)      Counsel for the defendant underwent a medical procedure in late December 2016.

Counsel for the defendant represents that he is still recovering from the medical procedure and that his recovery has limited his ability to work.  Accordingly, counsel for the defendant needs additional time to meet with his client to discuss the case and a potential resolution.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2017, to March 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1

2   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

3 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4 must commence.

5   IT IS SO STIPULATED.

6

7 Dated:  February 7, 2017     PHILLIP A. TALBERT
            United States Attorney

8

9          /s/ SHELLEY D. WEGER
            SHELLEY D. WEGER

10          Assistant United States Attorney

11 Dated:  February 7, 2017     /s/ MICHAEL ROSS BY SHELLEY WEGER

12          MICHAEL ROSS
            Counsel for Defendant

13          Jeffrey Hayes

14

15        **FINDINGS AND ORDER**

16
   IT IS SO FOUND AND ORDERED this 7th day of February, 2017.

17

18

19

20          Troy L. Nunley
            United States District Judge

21

22

23

24

25

26

27

28