PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HAYES,<br><br>Defendant. | CASE NO. 2:16-CR-00190 TLN<br><br>STIPULATION AND FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: March 30, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on March 30, 2017.

2. By this stipulation, defendant now moves to continue the status conference until April 27, 2017, at 9:30 a.m., and to exclude time between March 30, 2017, and April 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery in this case consists of several hundred pages of records, reports and photographs, as well as, an audio recording of the defendant's statement to law enforcement. In addition, there are two electronic devices, both of which contain material restricted by 18 U.S.C. § 3509(m). All of this discovery has been either produced directly to counsel and/or made available for inspection.

b) Counsel for the defendant needs additional time to meet with his client to discuss

the evidence and a potential resolution.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2017, to April 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 28, 2017          PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ SHELLEY D. WEGER
                                                 SHELLEY D. WEGER
                                                 Assistant United States Attorney

Dated:  March 28, 2017          /s/ MICHAEL ROSS BY SHELLEY WEGER
                                                 MICHAEL ROSS
                                                 Counsel for Defendant
                                                 Jeffrey Hayes

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of March, 2017.

                                                 Troy L. Nunley
                                                 United States District Judge