| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SHELLEY D. WEGER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00190 TLN |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE JUDGMENT AND SENTENCING HEARING AND SET NEW SCHEDULE FOR FILING OBJECTIONS TO THE PRE-SENTENCE REPORT; ORDER |
| v. | |
| JEFFREY MILES HAYES, | |
| Defendant. | |

**STIPULATION AND REQUEST**

Plaintiff United States of America, by and through its counsel of record, and defendant Michael Hayes, by and through his counsel of record, hereby stipulate and request as follows:

1. This matter is set for a judgment and sentencing hearing on November 2, 2017 at 9:30 a.m.

2. Defense counsel requests that the matter be continued for judgment and sentencing to January 18, 2017 at 9:30 a.m. to permit defense counsel time to review the Pre-Sentence Report, file any objections, and prepare for the hearing. Defense counsel further requests that the Court set a revised schedule set for filing objections to the Pre-Sentence Report. The parties propose the following schedule:

      a) Judgment and Sentencing date:     January 18, 2018

      b) Reply or statement of non-opposition:     January 11, 2018

Stipulation Re Continuing Sentencing Hearing     1

| | | |
|---|---|---|
| c) | Motion for correction of the Pre-Sentence Report: | January 4, 2018 |
| d) | Amended Pre-Sentence Report filed with the Court: | December 14, 2017 |
| e) | Counsel's written objections to the Pre-Sentence Report dated **10/12/17** delivered to Probation and opposing counsel no later than: | November 30, 2017 |

3. The United States does not oppose this request. Probation represented to the United States that it does not oppose this request.

4. Because the defendant stands convicted by way of his guilty plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., do not apply to this continuance.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

Dated: October 25, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Shelley Weger*
SHELLEY D. WEGER
Assistant United States Attorney

Dated: October 25, 2017

*/s/ Shelley Weger for*
MICHAEL D. ROSS, ESQ.

Counsel for defendant Jeffrey Hayes

# **ORDER**

This matter came before the Court on the parties' request to continue the judgment and sentencing hearing and set a revised schedule for filing objections to the Pre-Sentence Report. The Court ADOPTS the parties' stipulation, including its proposed schedule for filing objections to the Pre-Sentence Report, and CONTINUES the matter for judgment and sentencing on January 18, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 26, 2017

_____
Troy L. Nunley
United States District Judge