MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00190 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CORRECT CLERICAL ERROR IN JUDGMENT |
| v. | |
| JEFFREY MILES HAYES, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 31, 2018, this Court entered a judgment ordering, in relevant part, the defendant to pay a "$5,100" assessment. Dkt. No. 50 at p. 7.

2. At sentencing, the Court adopted the findings of the Presentence Investigation Report, which found "A $5,100 special assessment is mandatory. 18 U.S.C. § 3013(a)(2)(A) and § 3014(a)(3)."

3. Section 3013(a)(2)(A) of title 18 of the United States Code requires the Court to assess a $100 special assessment ("SA") on any individual convicted of a felony offense against the United States. In relevant part, section 3014(a)(3), the Justice for Victims of Trafficking Act of 2015 ("JVTA"), requires the Court to order an additional $5,000 assessment on any non-indigent person convicted of an offense under chapter 110 (relating to the sexual exploitation and abuse of children).

4. The January 31, 2018 judgment accurately reflects the total assessment, however, it

STIPULATION AND PROPOSED ORDER TO CORRECT
CLERICAL ERROR IN JUDGMENT

1

should have separately designated $100 as a special assessment and $5,000 as the JVTA assessment.

5. Rule 36 of the Rules of Criminal Procedure permits the Court to correct a clerical error in a judgment or an error in the record arising from oversight or omission at any time.

6. The parties agree and stipulate, and request that pursuant to Rule 36 of the Rules of Criminal Procedure, the Court enter an order correcting the clerical error in its Judgment, Dkt. No. 50, so that the language under the Criminal Monetary Penalties on page 7 more accurately reflects the judgment of the Court by stating "$100 SA + $5,000 JVTA" rather than "$5,100.00."

IT IS SO STIPULATED

Dated: August 28, 2018
McGREGOR W. SCOTT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 28, 2018
/s/ Shelley Weger authorized to sign for
MICHEAL D. ROSS
Counsel for Defendant
JEFFREY HAYES

**ORDER**

IT IS SO FOUND AND ORDERED this 29th day of August, 2018.

_____
Troy L. Nunley
United States District Judge

STIPULATION AND PROPOSED ORDER TO CORRECT
CLERICAL ERROR IN JUDGMENT

2